## WILSON v. STEWART & SON.

(Decided January 11, 1916.)

APPEAL from Calhoun Circuit Court.

Heard before Hon. HUGH D. MERRILL.

MERRILL & WALKER, for appellant.  CHARLES F. DOUGLASS, for appellee.

PER CURIAM.—Affirmed by consent.

---

## YARBROUGH v. THE STATE.

(Decided December 14, 1915.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

BROWN, J.—No bill of exceptions, no errors of record.  Affirmed.

---

## BELL v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—No bill of exceptions, no error of record.  Affirmed.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. McDONOUGH.

(Decided April 20, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. Ferguson.

TILLMAN, BRADLEY & MORROW, for appellant.  GIBSON & DAVIS, for appellee.

PER CURIAM.—Appeal dismissed by appellant.